PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Glenn Allen                          Cr.: 13-00632-001
                                                                        PACTS #: 335851

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                               UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/19/2014

Original Offense:     Count 1: Felon in Possession of a Weapon

Original Sentence: 70 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Gang Associate/Member, Mental Health Treatment

Type of Supervision: Supervised Release               Date Supervision Commenced: 06/21/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1                  On November 2, 2018, the offender provided a urine sample, which tested positive for heroin and cocaine. He admitted he relapsed on October 31, 2018.

                   On November 13, 2018, the offender failed to report to the office as instructed.

                   In a telephone conversation on November 19, 2018, the offender admitted he has continued to use heroin.

U.S. Probation Officer Action:
The probation office is taking steps to place the offender in an inpatient substance abuse treatment facility and the offender has agreed to enter into the inpatient treatment facility. If the offender does not follow through with the treatment plan, the Court will be notified with a recommended course of action.

                                                               Respectfully submitted,

                                                               By:  Patrick Hattersley
                                                                   Senior U.S. Probation Officer
                                                               Date:  11/19/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/20/2018
_____
Date